Order reversed, with costs in this court and in the Appellate Division, in the following
 
 Per Curiam:
 
 We hold that the order was appealable to the Appellate Division. Upon this record, the County Judge and the Commissioners of Appraisal may not be removed. (Judiciary Law, § 14;
 
 Matter of Hancock,
 
 91 N. Y. 284, 292-293;
 
 Matter of Dodge & Stevenson Mfg. Co.,
 
 77 N. Y. 101;
 
 Matter of Rotwein [Goodman],
 
 291
 
 N.
 
 Y. 116, 123;
 
 County of Orange
 
 v.
 
 Storm King Stone Co.,
 
 229 N. Y. 460, 467.) The three questions certified [(a), (b) and (c)] are answered as follows: (a) in the affirmative; (b) in the negative; (c) not answered. Motion to strike material from respondent’s brief granted to the extent of striking therefrom the material contained at pages 61 to 70; motion otherwise denied.
 

 Concur: Chief Judge Conway and Judges Desmond, Dye, Fuld, Froessel, Van Voorhis and Burke.